☒ FILED  ☐ LODGED

**Dec 27 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Wesley Allan Schenk Jr #325642
Name and Prisoner/Booking Number

ASPC LEWIS
Place of Confinement

PO BOX 3600
Mailing Address

Buckeye AZ 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Wesley Allan Schenk Jr.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Anthony Coleman,
(Full Name of Defendant)

(2) Bryan Lessman,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-5898-PHX-SRB-JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC LEWIS/RAST Buckeye

## B. DEFENDANTS

1. Name of first Defendant: __Anthony Coleman__. The first Defendant is employed as: __Deputy Warden__ at __ASPC LEWIS__.
   (Position and Title)                (Institution)

2. Name of second Defendant: __Bryan Lessman__. The second Defendant is employed as: as: __COII Officer__ at __ASPC LEWIS__.
   (Position and Title)                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment Right.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 09/24/2019 Officer B Lessman failed to ensure my safety by not completing routine security checks as required per policy. Deputy Warden Anthony Coleman allowed this complex to be short of staff which resulted in security checks not being done. Deputy Warden Anthony Coleman also allowed his officers to padlock me to date in a two man cell without a working call button and No way for me or my cellmate to call for help when I have a siezure. I do recieve chronic care for my siezure dissorder from medical but cant get help when I have one locked in my cell and this has been a ongoing problem. On 09/24/2019 Officer B lessman left me in my cell for hours with No way to call for help after a siezure made me need imediate medical attention.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I had eight teeth broken, suffered a major contusion I defecated and urinated on myself and was left like that for hours. I have trouble eating, sleeping, and need help with Daily Activities

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I would like to have the pad lock be taken off my door and my door to remain open so that when I have a siezure my cellmate can reach the officer in the control room and get help for me. I'm also seeking damages in an amount to be determined by a Jury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/27/2019
DATE

Wesley A. Short Jr.
SIGNATURE OF PLAINTIFF


(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)


(Signature of attorney, if any)


(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.