WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wesley Allan Schenk, Jr., | No. CV-19-05898-PHX-SRB (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Anthony Coleman, et al., | |
| Defendants. | |

The Court has considered Defendant's Motion to Allow Alternate Participants at Settlement Conference (Doc. 72). Good cause appearing,

IT IS ORDERED granting the Motion to Allow Alternate Participants at Settlement Conference (Doc. 72). A Risk Management adjuster with settlement authority and, if appropriate, a representative from the Arizona Department of Corrections, Rehabilitation & Reentry shall appear in place of Defendant. Defendant is excused from participation in the settlement conference. Counsel shall provide to Judge Willett's Chambers (willett_chambers@azd.uscourts.gov) no later than three (3) business days prior to the Telephonic Settlement Conference one phone number where Counsel and the representative(s) may be reached all morning to enable private caucusing among the parties and the Magistrate Judge.

Dated this 2nd day of November, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge